**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _11/30/11_

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| EDWARD JOHNSON | CIVIL ACTION NO. 3:11-cv-1387 |
| LA. DOC #118578 | |
| | |
| VERSUS | SECTION P |
| | |
| | JUDGE ROBERT G. JAMES |
| | |
| FRANK DEAR, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this ___29___ day of ___November___, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE